```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 34333
   MICHAEL A DAVIS
   AMY K MURRIE-DAVIS                         CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-7567    SSN XXX-XX-3542
```

------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 09/16/04 and confirmed on 12/03/04.

   2. The plan is paid in full.

   3. The Debtor paid a total of $ 16870.12 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT PUBLIC AID | PRIORITY | 3952.11 | .00 | 3952.11 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| AAC | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 980.88 | .00 | 980.88 |
| CAPITAL ONE FINANCIAL | UNSECURED | 742.52 | .00 | 742.52 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CHILDRENS HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BLATT HASENMILLER LEIBSK | UNSECURED | NOT FILED | .00 | .00 |
| FRANK SUM MD | UNSECURED | NOT FILED | .00 | .00 |
| GREENLEAF MEDICAL ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| GURNEE RADIOLOGY CENTER | UNSECURED | 20.94 | .00 | 20.94 |
| AMERICAS RECOVERY NETWOR | UNSECURED | NOT FILED | .00 | .00 |
| LAKE SHORE PATHOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST DIVERSFIED SERVI | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PROVIDIAN BANK | UNSECURED | 3828.18 | .00 | 3828.18 |
| ASSET ACCEPTANCE CORP | UNSECURED | 2017.00 | .00 | 2017.00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 224.04 | .00 | 224.04 |
| VISTA MEDICAL CENTER EAS | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 932.05 | .00 | 932.05 |
| INTERNAL REVENUE SERVICE | UNSECURED | 390.72 | .00 | 390.72 |

Summary of disbursements:

```
                        SECURED     PRIORITY    UNSECURED          OTHER        TOTAL
--------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED          .00      4884.16      8204.28            .00     13088.44
PRINCIPAL PAID              .00      4884.16      8204.28            .00     13088.44
INTEREST PAID               .00          .00          .00            .00          .00
TOTAL PAID                  .00      4884.16      8204.28            .00     13088.44
```

The Debtor's attorney, DAVID M SIEGEL                  , was allowed $   2700.00
and was paid $      6.00   direct and $    2694.00   through the plan.

The Trustee received $     672.20 .

Refunds to the Debtor totaled $     415.48 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/16/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 04 B 34333 MICHAEL A DAVIS & AMY K MURRIE-DAVIS